UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVID URBANO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JEFFREY BEARD,<br><br>　　　　Respondent. | No. 2-17-cv-0021 JAM GGH P<br><br><br><br>ORDER |

Petitioner has filed his second request for an extension of time to file his opposition to Respondent's Motion to Dismiss (ECF No. 9) pursuant to the court's order of May 2, 2017. Good cause appearing, the request will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 14) is granted; and

2. Petitioner shall file his opposition on or before June 2, 2017. No further extensions of time will be granted.

Dated: May 19, 2017

　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

urbano.21.EOT