1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY DAVID URBANO,                    No.  2:17-cv-00021-JAM-GGH

12              Petitioner,

13        v.                                  ORDER

14   JEFFREY BEARD,

15              Respondent.

16

17        On December 14, 2017 petitioner filed a request for information on the status of this case.

18   ECF No. 18.  Petitioner is advised that the matter is at issue, all relevant pleadings relating to a

19   decision on the merits having been filed.  The court will issue a formal written order in due

20   course.  No further action is required of the litigants unless the court orders otherwise.

21   Dated: December 19, 2017

22                                        /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                              1