UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVID URBANO,<br><br>  Petitioner,<br><br>  v.<br><br>JEFFREY BEARD,<br><br>  Respondent. | No. 2:17-cv-00021-JAM-GGH P<br><br><br><br>ORDER |

Petitioner is proceeding with his habeas action in pro se and in forma pauperis. On January 10, 2018 this court issued an Order and Findings and Recommendations recommending that the petition be dismissed with prejudice and provided the parties fourteen (14) days to object.

Petitioner has now requested an extension of time to file objections. Good cause appearing therefor petitioner's request will be GRANTED.

It light of the foregoing IT IS HEREBY ORDERED that:

1. Petitioner's Motion for an Extension of Time to Object is GRANTED;

2. Petitioner shall have to and including February 22, 2018 to file Objections to the above referenced Order and Findings and Recommendations.

Dated: January 30, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1